UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK OLIVER AND ANDREA OLIVER,<br><br>                Plaintiffs,<br>    v.<br><br>U.S. BANK, N.A., DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.; AND DSL SERVICE COMPANY,<br><br>                Defendants. | Case No.: C 11-4300 PSG<br><br>**ORDER GRANTING RELIEF FROM ADR AND CASE MANAGEMENT SCHEDULE** |

In this mortgage fraud action, Plaintiffs Frank and Andrea Oliver seek quiet title, injunctive, and declaratory relief respecting the property at issue. Defendants U.S Bank, Downey Savings and Loan Association, and DSL Service Company have filed a motion to dismiss Plaintiffs' complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).[1] Defendants also have filed a motion for relief from ADR and case management schedule pursuant to Civil L.R. 16-2(d), as well as an ex parte application for an order shortening time to hear their motion for relief.[2]

In light of the pending motion to dismiss, the court finds good cause to grant relief to all parties from ADR and case management scheduling requirements until after the court has issued a ruling on Defendants' motion to dismiss. Accordingly,

---

[1] *See* Docket No. 6.

[2] *See* Docket Nos. 9, 10.

ORDER

IT IS HEREBY ORDERED that Defendants' motion for relief from ADR and case management schedule is GRANTED. Both parties are granted relief from the court's August 30, 2011 ADR Scheduling Order until such time as noticed by the court.

IT IS FURTHER ORDERED that the case management conference set for November 15, 2011 at 2:00 p.m. is CONTINUED until such time as noticed by the court.

Dated:  11/2/2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER