UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK OLIVER AND ANDREA OLIVER, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> U.S. BANK, N.A.; DOWNEY SAVINGS AND ) <br> LOAN ASSOCIATION, F.A.; AND DSL ) <br> SERVICE COMPANY, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-4300-LHK <br><br> ORDER DENYING DEFENDANTS' *EX PARTE* MOTION FOR DISMISSAL WITH PREJUDICE |

On August 7, 2012, the Defendants sent an email to Courtroom Deputy Martha Parker Brown. The email set forth the following facts: (1) on June 22, 2012, the Court dismissed all of the Plaintiffs' claims without prejudice (Dkt. No. 34 at 15); (2) the Court gave the Plaintiffs' 21 days to file an amended complaint, and ordered that "[f]ailure to meet this deadline will result in a dismissal with prejudice" (*id.*); (3) on June 26, 2012, 17 days before the deadline to file an amended complaint, the Plaintiffs voluntarily dismissed this action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) (Dkt. No. 35); and (4) as of August 7, 2012, the Plaintiffs had not amended their complaint. Defendants concluded their email by asking, "[w]ill the Court be issuing an order dismissing plaintiffs' claims with prejudice soon?" The Defendants' email is a prohibited *ex parte* communication under Civil Local Rule 11-4(c). Accordingly, rather than responding to only the Defendants, the Court files this response publicly to both parties.

1
Case No.: 11-CV-4300-LHK
ORDER DENYING DEFENDANTS' *EX PARTE* MOTION FOR DISMISSAL WITH PREJUDICE

1    The Court will not issue an order dismissing the Plaintiffs' claims with prejudice, or take
2 any other action with respect to this case because this case has already been dismissed. *See* Dkt.
3 No. 35.

4 **IT IS SO ORDERED.**

6 Dated: August 9, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge